FILED

SEP - 8 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HOLLY NELSON, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,
et al.,

Defendants.
_________________________________/

No. Civ. S-00-1168 MLS GGH

**O R D E R**

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. §636(c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Gregory G. Hollows. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. Civ. S-00-1168 GGH. All

6

currently scheduled dates presently set before Judge Schwartz are hereby **VACATED.**

DATED: September 6, 2000.

UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: September 6, 2000.

UNITED STATES MAGISTRATE JUDGE

khl

United States District Court
for the
Eastern District of California
September 8, 2000

* * CERTIFICATE OF SERVICE * *

2:00-cv-01168

Nelson

v.

US Dept of the Army

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 8, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Robert Blair Mikel
Law Offices of Robert B Mikel
331 J Street
Suite 130
Sacramento, CA 95814

VC/GGH

CL/MLS

John F Gisla
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

Jack L. Wagner, Clerk

BY: KV
Deputy Clerk